**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 02 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JORGE ALBERTO SIERRA-
MONDRAGON, a.k.a. Jorge Sierra, a.k.a.
Jorge Sierra Mondragon,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 09-72598

Agency No. A092-655-421

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 19, 2010[**]

Before:    B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

Jorge Alberto Sierra-Mondragon, a native and citizen of Honduras, petitions

for review of the Board of Immigration Appeals' order summarily affirming an

immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

We review de novo questions of law, *Vasquez-Zavala v. Ashcroft*, 324 F.3d 1105, 1107 (9th Cir. 2003), and we deny the petition for review.

Sierra-Mondragon failed to raise in his opening brief, and has therefore waived, any challenge to the agency's determination that his 2008 conviction was an aggravated felony. *Husyev v. Mukasey*, 528 F.3d 1172, 1183 (9th Cir. 2008). The agency's aggravated felony determination renders Sierra-Mondragon ineligible for section 212(c) relief. 8 C.F.R. § 1212.3(f)(4).

**PETITION FOR REVIEW DENIED.**

09-72598